# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY HICKSON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2026 CW 0405

**MAY 18, 2026**

---

In Re:    Henry Hickson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          725544.

---

**BEFORE:   McCLENDON, C.J, GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court is ordered to proceed toward disposition in this matter on or before July 17, 2026 and to provide this court with a copy of its ruling on or before July 27, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT